U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 31, 2007

By Hand

Honorable George B. Daniels
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

    Re:    <u>Sarah Woodhouse v. Astrue</u>
           07 Civ. 7193 (GBD)

**SO ORDERED**

/s/ George B. Daniels
HON. GEORGE B. DANIELS

JAN 0 7 2008

Dear Judge Daniels:

    This Office represents the Commissioner of Social Security, defendant in the above-referenced action. Due to the press of business, I have not been able to complete my review of this case. Therefore, I respectfully request a thirty-day extension of time from today, December 31, 2007, to January 30, 2008, to respond to the complaint.

    One prior extension of time has been granted to defendant, as the answer was originally due on October 30, 2007. This Office attempted to contact plaintiff by telephone to request her consent to this request, but she has not yet returned our call.

    Thank you for your consideration of this request.

    Respectfully,

    MICHAEL J. GARCIA
    United States Attorney

By: /s/ Leslie A. Ramirez-Fisher
    LESLIE A. RAMIREZ-FISHER
    Assistant U.S. Attorney
    Telephone: (212) 637-0378
    Fax: (212) 637-2750

cc: Sarah Woodhouse, Plaintiff Pro Se (by regular mail)