**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 30, 2008

By Hand

Honorable George B. Daniels
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

SO ORDERED

*[signature]*
JAN 3 1 2008

Re:  Sarah Woodhouse v. Astrue
     07 Civ. 7193 (GBD)

Dear Judge Daniels:

This Office represents the Commissioner of Social Security, defendant in the above-referenced action. During my preparation of defendant's response to the complaint, I identified several issues that required that I seek additional information from the Agency. Therefore, I respectfully request a thirty-day extension of time from today, January 30, 2008 to February 29, 2008, to respond to the complaint.

Two prior extensions of time have been granted to defendant, as the answer was originally due on October 30, 2007. This Office attempted to contact plaintiff by telephone on several occasions to request her consent to this request, but were not able leave a message about the nature of our call.

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Sarah Woodhouse, Plaintiff Pro Se (by regular mail)