USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 2 7 2008

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

February 26, 2008

By Hand

Honorable George B. Daniels
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

SO ORDERED

*[signature]* George B. Daniels

HON. GEORGE B. DANIELS

FEB 2 6 2008

Re: Sarah Woodhouse v. Astrue
    07 Civ. 7193 (GBD)

Dear Judge Daniels:

This Office represents the Commissioner of Social Security, defendant in the above-referenced action. I am writing to advise the Court of the status of this matter and respectfully to request until March 31, to submit a stipulation of remand or, if necessary, a motion in support of remand.

The government expects to answer the complaint on February 29, 2008, requesting remand of this matter. Although we have attempted to reach plaintiff pro se to propose a voluntary remand of this matter, she has not responded to our letters. We have not been able to leave a message at the telephone number provided in court records for plaintiff. Therefore, to allow the government additional time to reach plaintiff, I respectfully request until March 31, 2008, to submit a signed stipulation of remand, or, if necessary, a motion in support of remand.

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Sarah Woodhouse, Plaintiff Pro Se (by regular mail)