UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

Plaintiff, Sarah Woodhouse

-v-

Defendant. Astrue

----------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07cv7193(GBD)(HBP)

*DOCUMENT ELECTRONICALLY FILED*
*FILED: MAR 0 4 2008*

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____.

___ Settlement*

_ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)
___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
    Purpose:_____
___ Habeas Corpus
_✓_ Social Security
___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

All such motions: ____

* Do not check if already referred for general pretrial.
Dated MAR 0 4 2008

SO ORDERED:

*[signature]*
United States District Judge
**HON. GEORGE B. DANIELS**