```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
SARAH WOODHOUSE                    :

                     Plaintiff,    :   07 Civ. 7193   (GBD)(HBP)

     -against-                     :   SCHEDULING
                                       ORDER
MICHAEL J. ASTRUE, Commissioner of :
Social Security
                                   :

                     Defendant.    :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-1-08

PITMAN, United States Magistrate Judge:

Plaintiff commenced this action on August 13, 2007 seeking review of a decision of the Social Security Administration denying benefits. Defendant filed his answer on or about February 29, 2008. However, to date, neither party has moved for judgment on the pleadings.

No later than May 30, 2008, counsel for both plaintiff and defendant are directed to serve and file their motions for judgment on the pleadings.

Dated: New York, New York
       April 1, 2008

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies Mailed To:

Ms. Sarah Woodhouse
50 Third Avenue
Nyack, New York 10960

Leslie a. Ramirez-Fisher, Esq.
Assistant United States Attorney
86 Chambers Street
3rd. Floor
New York, New York 10007